## Noah Shattuck *versus* Sampson Woods.

Where each party files his exceptions to the direction of the Court of Common Pleas, and the exceptions are overruled and the judgment affirmed, each is entitled to his costs.

Debt. The declaration contained two counts, and in the Court of Common Pleas a verdict was returned on one for the plaintiff and on the other for the defendant. Each party filed his exceptions to the direction of the judge, but the plaintiff alone entered the action in this Court. Each party failed to support his exceptions and the judgment of the court below on both counts was affirmed. [See 1 Pick. 171.] And now the *Oct. 17th.* Court held that each party was entitled to recover his costs.